FILED

01/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0369

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

---

GORDON WILLIAMS, GALE MADLER,
TIMOTHY RUSSELL, JOYCE KELLY,
AND SAM BLAYLOCK,

        Appellants/Plaintiffs,

vs.

STILLWATER BOARD OF COUNTY
COMMISSIONERS,

        Appellee/Defendant.

**Case No.:  DA 20-0369**

**ORDER**

---

Appellee/Defendant Stillwater Board of County Commissioners having filed an *Unopposed Motion for Extension of Time* within which to file Appellee's Brief, and good cause appearing therefor;

IT IS HEREBY ORDERED that said Motion is GRANTED.  Appellee's Opening Brief is due February 17, 2021.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 13 2021